NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT KIMBALL INSURANCE )
COMPANY, )
 )
   Petitioner, )
 )
v. )  Case No. 2D19-390
 )
SUNZ INSURANCE COMPANY, )
 )
   Respondent. )
_____)

Opinion filed August 28, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Manatee County;
Edward Nicholas, Judge.

Michael Krouse of Krouse Law Firm,
Lakewood Ranch, for Petitioner.

Katherine E. Giddings of Akerman, LLP,
Tallahassee; Jason L. Margolin of
Akerman, LLP, Tampa; Jason S. Oletsky
of Akerman, LLP, Fort Lauderdale,
for Respondent.


PER CURIAM.

   We treat the petition for writ of certiorari challenging the trial court's

subject matter jurisdiction as a petition for writ of prohibition, see Mandico v. Taos

Constr., Inc., 605 So. 2d 850, 853 (Fla. 1992), and deny it accordingly.


 CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.